[No. 33697-5-I.    Division One.    November 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
FRANKLIN RAYMOND SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03065-3, Harriett M. Cody, J., entered October 19, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 35162-1-I.    Division One.    November 12, 1996.]

FRANKLIN TIMOTHY KENNEDY, *Appellant*, v. MT. SI
TAVERN, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-2-16071-4, Carol A. Schapira, J., entered July 28, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Webster, JJ.

[Nos. 35805-7-I; 35806-5-I;    Division One.    November 12, 1996.]
    35807-3-I; 35808-1-I; 35809-0-I; 35900-2-I; 35901-1-I; 35902-9-I;
    35903-7-I; 35904-5-I.

*In the Matter of the Dependency of C.P., J.P., Ge.P.,
Ga.P. and M.P.*

BELINDA SPRINGER PETERS, *Appellant*, v. THE
DEPARTMENT OF SOCIAL AND HEALTH SERVICES,
*Respondent*.

Appeal from judgment of the Superior Court for King County, No. 93-7-00171-0, Steven G. Scott, J., entered December 7, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, A.C.J., and Agid, J.

[No. 36245-3-I.    Division One.    November 12, 1996.]

FREDERICK R. LONG, ET AL., *Appellants*, v. DENNIS L.
HARKLESS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-06784-6, Paul D. Hansen, J., entered February 8, 1995. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.